# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 7/13/2026 |
| Case: 25–22618–GLT | Form ID: 309a | Total: 42 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr       U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPAC ITY BUT SOLELY AS
         OWNER TRUSTEE FOR RCAF ACQUISITION TRUST

                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee       ustpregion03.pi.ecf@usdoj.gov
tr       Ronda J. Winnecour        cmecf@chapter13trusteewdpa.com
aty      Brent J. Lemon        blemon@bernsteinlaw.com
aty      Christian M Rieger        criegerlaw@gmail.com
aty      Christopher A. DeNardo        bkecfnotifications@dallegal.com
aty      Heather Stacey Riloff        logsecf@logs.com
aty      Jeffrey Hunt        ecfpeoples@grblaw.com
aty      Katie Housman        khousman@pkh.com
aty      Richard Monti        rmonti@grblaw.com

                                                                                                TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Catherine H. Ondike        3008 Pyramid Avenue        Pittsburgh, PA 15227
cr         Duquesne Light Company        c/o Bernstein–Burkley, P.C.        601 Grant Street, 9th Floor        Pittsburgh, PA
           15219
cr         Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program
           (PHFA–HEMAP)        211 North Front Street        Harrisburg, PA 17101
cr         Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust        3020
           Old Ranch Parkway, Suite 180        Seal Beach, CA 90740
cr         Peoples Natural Gas Company LLC        GRB Law        c/o Jeffrey R. Hunt, Esquire        525 William Penn
           Place, Suite 3110        Pittsburgh, PA 15219 UNITED STATES
cr         Borough of Brentwood        GRB Law        525 William Penn Place        Suite 3110        Pittsburgh, PA 15219
           UNITED STATES
cr         Allegheny County Southwest Tax Collection District        Richard A. Monti, Esq.        525 William Penn
           Place        Suite 3110        Pittsburgh        PA, 15219 UNITED STATES
cr         Wilmington Savings Fund Society, FSB        DIAZ ANSELMO & ASSOCIATES, P.A.        P.O. BOX
           19519        FORT LAUDERDALE, FL 33318 UNITED STATES
16604551   Allegheny County Southwest Tax Collection District        c/o GRB Law        Richard A. Monti, Esq.        525
           William Penn Place, Suite 3110        Pittsburgh, PA 15219
16587018   Amerimark Premier        P.O. Box 2845        Monroe, WI 53566
16587019   Borough of Brentwood        3735 Brownsville Road        Pittsburgh, PA 15227
16604522   Borough of Brentwood        c/o GRB Law        Richard A. Monti, Esq.        525 William Penn Place, Suite
           3110        Pittsburgh, PA 15219
16587020   Borough of Brentwood        c/o Jordan Tax Service        102 Rahway Road        McMurray, PA
           15317–3349
16614705   Duquesne Light Company        c/o Bernstein–Burkley, P.C.        601 Grant Street, 9th Floor        Pittsburgh, PA
           15219
16587021   Duvera        3220 Executive Ridge        Suite 200        Vista, CA 92081
16587022   First Premier        3820 N Louise Avenue        Sioux Falls, SD 57107–0145
16587023   Jefferson Capital System        16 Mcleland Road        Saint Cloud, MN 56303
16601752   Jefferson Capital Systems, LLC        PO BOX 7999        SAINT CLOUD, MN 56302–9617
16587025   KML Law Group PC        BNY Mellon Independence Center        Suite 5000        701 Market
           Street        Philadelphia, PA 19105
16587024   Keith Petrucci        3008 Pyramid Avenue        Pittsburgh, PA 15227
16587026   Kohls        P.O. Box 3115        Milwaukee, WI 53201
16587027   LVNV Funding        c/o Resurgent Capital        P.O. Box 1269        Greenville, SC 29603
16614700   LVNV Funding LLC c/o        Resurgent Capital Services        PO Box 10587        Greenville,
           SC29603–0587
16587028   MCLP Asset Company Inc.        3501 Olympus Boulevard        Suite 500        Irving, TX 75063
16587029   Midland Credit Management Inc.        320 East Big Beaver        Suite 300        Troy, MI 48083
16587030   PHFA        211 North Front Street        P.O. Box 15206        Harrisburg, PA 17105
16604977   Peoples Natural Gas Company LLC        GRB Law        c/o Jeffrey R. Hunt, Esquire        525 William Penn
           Place, Suite 3110        Pittsburgh, PA 15219
16587031   Portfolio Recovery        120 Corporate Boulevard        Norfolk, VA 23502
16587032   Selen Finance LP        P.O. Box 8279        Philadelphia, PA 19101
16587033   Southwest Credit Systems        4120 International Parkway        Suite 1100        Carrollton, TX 75007
16685556   U.S. BANK TRUST NATIONAL ASSOCIATION        Selene Finance LP        Attn: BK Dept        3501
           Olympus Blvd, Suite 500        Dallas, TX 75019
16615907   Wilmington Savings Fund Society, FSB        c/o AMIP Management        3020 Old Ranch Parkway, Suite
           180        Seal Beach, CA 90740

                                                                                                TOTAL: 32